MARY KAUFMAN and Others, Respondents, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant, and ABRAHAM ROSENFELD and IDA ROSENFELD, as the Executors, etc., of SARAH ROSENFELD KAUFMAN, Deceased, Respondents. — Action to reform a contract of insurance so as to provide therein for the insured's right to change the beneficiary and, as so reformed, for payment of the proceeds of the policy to plaintiffs, as beneficiaries, in accordance with the nomination for change of beneficiary as accepted by the insurer. Judgment for plaintiffs unanimously affirmed, with costs to plaintiffs-respondents. We reverse finding of fact numbered " LIV " and disapprove so much of conclusion of law numbered

" Eighth " as reads " in that she was not the wife of Jacob Kaufman, the insured," on the ground that there is no competent proof supporting them. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.